**Reena KAUR, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71758.
Agency No. A75–318–164.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2003.*

Decided Sept. 29, 2003.

Rohit Dharwadkar, Law Offices of Hardeep Singh Rai, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Alison Marie Igoe, Office of Immigration Litigation, Shelley R. Goad, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before SCHROEDER, Chief Judge, O'SCANNLAIN, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Reena Kaur, a native and citizen of India, petitions for review of the Board of Immigration Appeals' dismissal of her appeal from an immigration judge's denial of

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

her applications for asylum and withholding of removal. The IJ's denial was on the basis of adverse credibility findings, and the BIA affirmed those findings. We must affirm unless the record compels a finding that the applicant was credible and is eligible for immigration benefits. *Malhi v. INS,* 336 F.3d 989, 993 (9th Cir.2003); *INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

The adverse credibility findings are supported by material inconsistencies in the petitioner's testimony, including inconsistencies as to the kind of physical abuse to which she was subjected. The IJ and BIA's decisions are supported by substantial evidence.

PETITION FOR REVIEW DENIED.